

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kordaryl Thompson, Appellant

No. 06-23-00055-CV      v.

Jose Guadalupe Cisneros, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 18-1405). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

      We further order that the appellant, Kordaryl Thompson, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 9, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk